## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Leda Dunn Wettre |
| | : | |
| v. | : | |
| | : | Mag. No. 20-13401 (LDW) |
| DAVID C. LAUGHLIN, JR. | : | |
| | : | ORDER MODIFYING |
| | : | <u>CONDITIONS OF RELEASE</u> |
| | : | |

      This matter having come before the Court upon the application of the defendant DAVID LAUGHLIN, by his attorneys Joseph A. Hayden, Jr, Esq., and Aidan P. O'Connor, Esq., for an order modifying the conditions of his release pursuant to Title 18, United States Code, Sections 3141, 3142(c) and 3143, and the United States of America, by Rachael Honig, Acting United States Attorney for the District of New Jersey, (Bernard Cooney and Nicole Mastropieri, Assistant U.S. Attorneys, appearing), consenting to this modification and the United States Pretrial Services Agency consenting to this modification; and the Court being satisfied that the following modification of the release conditions will reasonably assure the appearance of defendant DAVID LAUGHLIN as required and will not endanger the safety of any other person and the community; and for good and sufficient cause shown;

      WHEREFORE, it is on this 3rd day of February, 2021,

      ORDERED that the conditions of release imposed upon defendant DAVID LAUGHLIN are modified in the following respects:

1. Defendant LAUGHLIN is permitted to have contact with co-defendant Stephen Luke outside of the presence of counsel for the specific limited purposes of: (a) winding down or liquidating RediDoc and financial and insurance matters related to that wind down/liquidation; (b) managing the following real estate properties: 2602 N. 37th Drive, Phoenix, Arizona; and (c) family and personal matters, unrelated to the conduct described in the Complaint. None of the contact permitted by this modification shall involve new or continued business related to telemedicine, health care, medical prescriptions, durable medical equipment, or direct or indirect billing or processing of health care claims.

2. All other bail conditions shall remain in full force and effect.

_____
HON. LEDA DUNN WETTRE
UNITED STATES MAGISTRATE JUDGE